## Hawks et al. v. The State.

*Simmons, C. J.*—It not being insisted in this court that any error of law was committed at the trial, and the evidence being sufficient to warrant the verdict, the discretion of the judge below in refusing to grant a new trial will not be disturbed.

January 20, 1896.                                    *Judgment affirmed.*

Indictment for riot. Before Judge Reese. Madison superior court. September term, 1895.

*E. T. Brown,* for plaintiffs in error.

*W. M. Howard, solicitor-general,* contra.